[No. 13784-8-III.  Division Three.  July 6, 1995.]

JAMES E. FOX DBA YELLOW CAB NO. 28, ET AL.,
*Appellant*, v. DEPARTMENT OF LABOR AND INDUSTRIES,
*Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-03452-5, Fred Stewart, J., entered March 14, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 14029-6-III.  Division Three.  July 6, 1995.]

TONY J. OTERO, *Appellant*, v. INLAND WOOD
SPECIALTIES, L.P., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-01308-1, Tari Eitzen, J., entered April 13, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 16334-9-II.  Division Two.  July 6, 1995.]

STEVEN McKEEN, *Appellant*, v. LEONARD SANDERSON,
ET AL., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-05037-6, Waldo F. Stone, J., entered July 10, 1992. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Morgan and Bridgewater, JJ.